Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
MARILYN FRIEDMAN

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MARILYN FRIEDMAN ) | **Case No.: 2:09-cv-02744-JAM-CMK** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| ) | |
| LLC, ) | |
| ) | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, MARILYN FRIEDMAN, by and through her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

Dated: January 12, 2010                         KROHN & MOSS, LTD.

                                                By:<u>/s/ Michael S. Agruss</u>

                                                Michael S. Agruss

                                                Attorney for Plaintiff,
                                                MARILYN FRIEDMAN